IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LYNN WATERS, | ) | |
| Plaintiff(s), | ) | No. C 07-2248 CRB (PR) |
| vs. | ) | ORDER |
| F. JACQUEZ, et al., | ) | (Doc # 9) |
| Defendant(s). | ) | |

Plaintiff's motion for a preliminary injunction (doc # 9) is denied without prejudice to bringing it in connection with a new civil action. The instant action was closed per order filed on May 1, 2007.

SO ORDERED.

DATED: Nov. 02, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Waters1.or3.wpd